Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 19−23977−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Michael G. Depalma, Jr.
aka MICHAEL DEPALMA, aka
MICHAEL DEPALMA JR
1 Sherry Lynn Ct
Hammonton, NJ 08037−2510

Kara W. Depalma
aka KARA DEPALMA
1 Sherry Lynn Ct
Hammonton, NJ 08037−2510

Social Security No.:
xxx−xx−6983                    xxx−xx−1567

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
   Debtor and Joint Debtor was entered on October 7, 2019.

   Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: October 7, 2019
JAN: bc

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                                    Case No. 19-23977-ABA
Michael G. Depalma,, Jr.                                                                  Chapter 13
Kara W. Depalma
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin               Page 1 of 3            Date Rcvd: Oct 07, 2019
                              Form ID: 148              Total Noticed: 66

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 09, 2019.
db/jdb         Michael G. Depalma,, Jr.,   Kara W. Depalma,   1 Sherry Lynn Ct,   Hammonton, NJ  08037-2510
518359014      Amex/Bankruptcy,   Correspondence/Bankruptcy,   PO Box 981540,   El Paso, TX  79998-1540
518359015      Amex/Dsnb,   PO Box 8218,   Mason, OH  45040-8218
518370521     +BANK OF AMERICA, N.A.,   KML Law Group, P.C.,   701 Market Street,   Ste 5000,
               Philadelphia, PA 19106-1541
518359017      Bank of America,   4909 Savarese Cir,   Tampa, FL  33634-2413
518359019      Bankamerica,   4909 Savarese Cir,   Tampa, FL  33634-2413
518359020      Bb&t,   Wilson, NC  27893
518359031      Comenitycapital/bbbmc,   Attn: Bankruptcy,   PO Box 182125,   Columbus, OH  43218-2125
518361245     +Faith Wash,   203 Taunton Ave.,   W. Berlin, NJ 08091-3805
518398258     +JPMorgan Chase Bank, N.A.,   s/b/m/t Chase Bank USA, N.A.,
               c/o Robertson, Anschutz & Schneid, P.L.,   6409 Congress Avenue, Suite 100,
               Boca Raton, FL 33487-2853
518359037     +Joshua Stiers, Esq.,   Stenger & Stenger,   2618 E Paris Ave SE,   Grand Rapids, MI 49546-2458
518359039      KML Law Group, P.C.,   216 Haddon Ave Ste 406,   Westmont, NJ  08108-2812
518359040      Kohls/Capital One,   Attn: Bankruptcy,   PO Box 30285,   Salt Lake City, UT  84130-0285
518359042      Lvnv Funding LLC,   Greenville, SC  29601
518359043    ++++MIA KIRITSIS, ESQUIRE,   1 RIVERFRONT PLZ STE 710,   NEWARK NJ  07102-5415
              (address filed with court:  Mia Kiritsis, Esquire,   1037 Raymond Blvd Ste 710,
               Newark, NJ  07102-5427)
518361244      Michael Depalma, Sr.,   10 Matro Ave,   Berlin, NJ 08009-9659
518359044     +Midland Funding,   320 E Big Beaver Rd,   Troy, MI 48083-1271
518359046      Navigant Credit Union,   1005 Douglas Pike,   Smithfield, RI  02917-1206
518359048      Raymour & Flanigan,   Attn: Bankruptcy,   PO Box 130,   Liverpool, NY  13088-0130
518430973     +TD Retail Card Services,   c/o Creditors Bankruptcy Service,   P.O. Box 800849,
               Dallas, TX 75380-0849
518359053      Tdrcs/raymour & Flanig,   1000 Macarthur Blvd,   Mahwah, NJ  07430-2035
518359054     +Weltman, Weinberg & Reis Co., LPA,   170 S Independence Mall W Ste 874W,
               Philadelphia, PA 19106-3334

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Oct 08 2019 00:14:53     U.S. Attorney,   970 Broad St.,
               Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 08 2019 00:14:52     United States Trustee,
               Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
               Newark, NJ 07102-5235
518399980      E-mail/Text: Bankruptcy@absoluteresolutions.com Oct 08 2019 00:13:41
               Absolute Resolutions Investments, LLC,   c/o Absolute Resolutions Corporation,
               8000 Norman Center Drive, Suite 350,   Bloomington, MN 55437
518479700      EDI: GMACFS.COM Oct 08 2019 03:28:00      Ally Bank Lease Trust,   PO Box 130424,
               Roseville MN 55113-0004
518359011      EDI: GMACFS.COM Oct 08 2019 03:28:00      Ally Financial,   Attn: Bankruptcy Dept,
               PO Box 380901,   Bloomington, MN  55438-0901
518359010      EDI: GMACFS.COM Oct 08 2019 03:28:00      Ally Financial,   200 Renaissance Ctr # B0,
               Detroit, MI  48243-1300
518390972      EDI: BECKLEE.COM Oct 08 2019 03:28:00      American Express National Bank,
               c/o Becket and Lee LLP,   PO Box 3001,   Malvern PA 19355-0701
518359012      EDI: AMEREXPR.COM Oct 08 2019 03:28:00      Amex,   Correspondence/Bankruptcy,   PO Box 981540,
               El Paso, TX  79998-1540
518359013      EDI: AMEREXPR.COM Oct 08 2019 03:28:00      Amex,   PO Box 981537,   El Paso, TX  79998-1537
518359018      EDI: BANKAMER.COM Oct 08 2019 03:28:00      Bank of America,   Attn: Bankruptcy,   PO Box 982238,
               El Paso, TX  79998-2238
518359016      EDI: BANKAMER.COM Oct 08 2019 03:28:00      Bank of America,   PO Box 982238,
               El Paso, TX  79998-2238
518359021      E-mail/Text: bankruptcy@bbandt.com Oct 08 2019 00:14:12     BB&T,   Attn: Bankruptcy,
               PO Box 1847,   Wilson, NC  27894-1847
518359022      E-mail/Text: bankruptcy@bbandt.com Oct 08 2019 00:14:12     BB&T,   In Care of Bankruptcy Dept,
               PO Box 1847,   Wilson, NC  27894-1847
518359023      E-mail/Text: bankruptcy@bbandt.com Oct 08 2019 00:14:12     Bb&t,   PO Box 1847,
               Wilson, NC  27894-1847
518445277      EDI: BANKAMER.COM Oct 08 2019 03:28:00      Bank of America, N.A.,   PO Box 31785,
               Tampa, FL 33631-3785
518359025      E-mail/Text: bankruptcy@bbandt.com Oct 08 2019 00:14:12     Branch B&T,   PO Box 2306,
               Wilson, NC  27894-2306
518359026      E-mail/Text: bankruptcy@bbandt.com Oct 08 2019 00:14:13     Branch Banking and Trust Co.,
               4251 Fayetteville Rd,   Lumberton, NC  28358-2678
518359027      EDI: CAPITALONE.COM Oct 08 2019 03:28:00      Capital One Bank USA N.A.,   1680 Capital One Dr,
               McLean, VA  22102-3407
518359028      EDI: CAPITALONE.COM Oct 08 2019 03:28:00      Capital One N.A.,   1680 Capital One Dr,
               McLean, VA  22102-3407
518359029      EDI: CHASE.COM Oct 08 2019 03:28:00      Chase Card Services,   Attn: Bankruptcy,   PO Box 15298,
               Wilmington, DE  19850-5298

```
District/off: 0312-1            User: admin                  Page 2 of 3                  Date Rcvd: Oct 07, 2019
                                Form ID: 148                 Total Noticed: 66


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
518359030       +EDI: CITICORP.COM Oct 08 2019 03:28:00      Citibank N.A.,    701 E 60th St N,
                 Sioux Falls, SD 57104-0493
518359032        EDI: WFNNB.COM Oct 08 2019 03:28:00      Comenitycb/bbbabymc,    PO Box 182120,
                 Columbus, OH 43218-2120
518359034        EDI: DISCOVER.COM Oct 08 2019 03:28:00      Discover Financial,    Attn: Bankruptcy Department,
                 PO Box 15316,    Wilmington, DE 19850-5316
518472500        EDI: Q3G.COM Oct 08 2019 03:28:00      Department Stores National Bank,    c/o Quantum3 Group LLC,
                 PO Box 657,    Kirkland, WA 98083-0657
518368935        EDI: DISCOVER.COM Oct 08 2019 03:28:00      Discover Bank,    Discover Products Inc,
                 PO Box 3025,    New Albany, OH 43054-3025
518359033        EDI: DISCOVER.COM Oct 08 2019 03:28:00      Discover Fin Svcs LLC,    PO Box 15316,
                 Wilmington, DE 19850-5316
518359036        EDI: AMINFOFP.COM Oct 08 2019 03:28:00      First Premier Bank,    3820 N Louise Ave,
                 Sioux Falls, SD 57107-0145
518359035        EDI: AMINFOFP.COM Oct 08 2019 03:28:00      First Premier Bank,    Attn: Bankruptcy,
                 PO Box 5524,    Sioux Falls, SD 57117-5524
518359038        EDI: CHASE.COM Oct 08 2019 03:28:00      Jpmcb Card,    PO Box 15298,
                 Wilmington, DE 19850-5298
518359041        E-mail/Text: bncnotices@becket-lee.com Oct 08 2019 00:13:57       Kohls/capone,    PO Box 3115,
                 Milwaukee, WI 53201-3115
518366284        EDI: RESURGENT.COM Oct 08 2019 03:28:00      LVNV Funding, LLC,    Resurgent Capital Services,
                 PO Box 10587,    Greenville, SC 29603-0587
518366284        E-mail/PDF: resurgentbknotifications@resurgent.com Oct 08 2019 00:21:49       LVNV Funding, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
518458072       +EDI: MID8.COM Oct 08 2019 03:28:00      Midland Funding LLC,    Po Box 2011,
                 Warren MI 48090-2011
518359045        EDI: MID8.COM Oct 08 2019 03:28:00      Midland Funding, LLC,    8875 Aero Dr Ste 200,
                 San Diego, CA 92123-2255
518474647        EDI: PRA.COM Oct 08 2019 03:28:00      Portfolio Recovery Associates, LLC,
                 c/o Bed Bath & Beyond,    POB 41067,    Norfolk VA 23541
518474640        EDI: PRA.COM Oct 08 2019 03:28:00      Portfolio Recovery Associates, LLC,    c/o Citibank, N.a.,
                 POB 41067,    Norfolk VA 23541
518359047        EDI: PRA.COM Oct 08 2019 03:28:00      Portfolio Recov Assoc,    120 Corporate Blvd Ste 100,
                 Norfolk, VA 23502-4952
518430936       +EDI: JEFFERSONCAP.COM Oct 08 2019 03:28:00      Premier Bankcard, Llc,
                 Jefferson Capital Systems LLC Assignee,    Po Box 7999,    Saint Cloud Mn 56302-7999
518359050        EDI: NEXTEL.COM Oct 08 2019 03:28:00      Sprint,    6200 Sprint Pkwy,
                 Overland Park, KS 66251-6117
518359049        E-mail/Text: clientservices@sourcerm.com Oct 08 2019 00:15:26       Source Receivables Mng,
                 4615 Dundas Dr Ste 102,    Greensboro, NC 27407-1761
518359051        EDI: RMSC.COM Oct 08 2019 03:28:00      Syncb/Care Credit,    C/o,    PO Box 965036,
                 Orlando, FL 32896-5036
518361182       +EDI: RMSC.COM Oct 08 2019 03:28:00      Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk, VA 23541-1021
518469356       +EDI: RMSC.COM Oct 08 2019 03:28:00      Synchrony Bank,    c/o PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk, VA 23541-1021
518359052        EDI: RMSC.COM Oct 08 2019 03:28:00      Synchrony Bank/Care Credit,    Attn: Bankruptcy Dept,
                 PO Box 965060,    Orlando, FL 32896-5060
518359055        EDI: WFNNB.COM Oct 08 2019 03:28:00      World Financial Capital Bank,    2795 E Cottonwood Pkwy,
                 Salt Lake City, UT 84121-7032
                                                                                               TOTAL: 45

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518390974*       American Express National Bank,    c/o Becket and Lee LLP,    PO Box 3001,
                 Malvern PA 19355-0701
518359024*       Bb&T Corporation,    Attn: Bankruptcy,    PO Box 1847,    Wilson, NC 27894-1847
518359009      ##Absolute Resolutions Investments,    8000 Norman Center Dr Ste 860,
                 Minneapolis, MN 55437-1174
                                                                                               TOTALS: 0, * 2, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

```
District/off: 0312-1                  User: admin                   Page 3 of 3                  Date Rcvd: Oct 07, 2019
                                      Form ID: 148                  Total Noticed: 66
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 09, 2019                                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 7, 2019 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    BANK OF AMERICA, N.A. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Isabel C. Balboa    ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
              Kevin Gordon McDonald    on behalf of Creditor    BANK OF AMERICA, N.A. kmcdonald@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Ronald E. Norman    on behalf of Joint Debtor Kara W. Depalma ronaldenorman@comcast.net,
               dgordon@rnormanlaw.com;g14985@notify.cincompass.com;ronaldenorman@icloud.com
              Ronald E. Norman    on behalf of Debtor Michael G. Depalma,, Jr. ronaldenorman@comcast.net,
               dgordon@rnormanlaw.com;g14985@notify.cincompass.com;ronaldenorman@icloud.com
              Thomas R. Dominczyk    on behalf of Creditor    Branch Banking & Trust Company
               tdominczyk@mauricewutscher.com,   thomas-dominczyk-5025@ecf.pacerpro.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 7
```