Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

                       Case No.:  19−23977−ABA
                       Chapter:  13
                       Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Michael G. Depalma, Jr. | Kara W. Depalma |
| aka MICHAEL DEPALMA, aka | aka KARA DEPALMA |
| MICHAEL DEPALMA JR | 1 Sherry Lynn Ct |
| 1 Sherry Lynn Ct | Hammonton, NJ 08037−2510 |
| Hammonton, NJ 08037−2510 | |

Social Security No.:
  xxx−xx−6983                                     xxx−xx−1567

Employer's Tax I.D. No.:

## FINAL DECREE

     The estate of the above named debtor(s) has been fully administered.

     If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

     ORDERED that Isabel C. Balboa is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>November 15, 2019</u>                   <u>Andrew B. Altenburg Jr.</u>
                                                Judge, United States Bankruptcy Court